Certificate Number: 14912-PR-DE-031191356

Bankruptcy Case Number: 18-02005



14912-PR-DE-031191356

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2018, at 12:15 o'clock AM EDT, Marien Yamille Roque Rivera completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: June 17, 2018  By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor